**Opinion issued October 10, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-13-00548-CV**

_____

**MILDRED DUNN A/K/A MILDRED GARRETT A/K/A MILDRED BANKS,**
**Appellant**

**V.**

**PARK HARBOR IMPROVEMENT ASSOCIATION, INC., Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-48259**

## MEMORANDUM OPINION

Appellee, Park Harbor Improvement Association, Inc., has filed a motion to dismiss this appeal for want of prosecution, contending that appellant, Mildred Dunn, has failed to pay the appellate filing fees and the costs for preparing the

appellate record. Park Harbor requests that we dismiss the appeal for want of prosecution and assess costs against Dunn. We grant the motion.

Dunn has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). Further, Dunn has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, Dunn filed a response that neither invokes Texas Rule of Appellate Procedure 20.1 nor constitutes an adequate response. *See* TEX. R. APP. P. 5, 20.1(a)(2)(A), 42.3(b), (c); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 132.001 (West Supp. 2012); TEX. GOV'T CODE ANN. § 312.011(1) (West 2005); *In re B.N.*, 303 S.W.3d 16, 18 (Tex. App.—Waco 2009, no pet.); *Smith v. Hayes*, 597 S.W.2d 488, 489 (Tex. Civ. App.—Fort Worth 1980, no writ).

Accordingly, we grant Park Harbor's motion and dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

2

Panel consists of Chief Justice Radack and Justices Bland and Huddle.